IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| GEOTAG, INC.,<br><br>    Plaintiff,<br><br>vs.<br><br>GUCCI AM., INC., ET AL.,<br><br>    Defendants. | Case No. 2:10-CV-571-TJW-CE |

**PETCO ANIMAL SUPPLIES, INC.'S RULE 7.1 DISCLOSURE**

PETCO Animal Supplies, Inc. ("PETCO") states that it has no parent corporation, and that no publicly held corporation owns 10% or more of its stock.

Date: May 4, 2011

Respectfully submitted,

/s/ Danny L. Williams
Danny L. Williams
Lead Counsel
State Bar No. 21518050
Terry D. Morgan
State Bar No. 14452430
Brian K. Buss
State Bar No. 00798089
Michael A. Benefield
Texas State Bar No. 24073408
Indiana State Bar No. 24560-49
**WILLIAMS, MORGAN & AMERSON**
10333 Richmond Avenue, Suite 1100
Houston, Texas 77042

Telephone: (713) 934-7000
Fax: (713) 934-7011
danny@wmalaw.com
terry@wmalaw.com
mbenefield@wmalaw.com

**ATTORNEYS FOR DEFENDANT**
**PETCO ANIMAL SUPPLIES, INC.**

## CERTIFICATE OF SERVICE

      The undersigned hereby certifies that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3). Any other counsel of record will be served by facsimile transmission and/or first class mail on May 4, 2011.

      /s/Mark Dunglinson
      Litigation Paralegal