**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

| | |
|---|---|
| **GEOTAG, INC.,**<br><br>v.<br><br>**FRONTIER COMMUNICATIONS CORP.;** *et al.*, | **2:10-cv-00265** |
| **GEOTAG, INC.,**<br><br>v.<br><br>**AROMATIQUE, INC.;** *et al.*, | **2:10-cv-00570** |
| **GEOTAG, INC.,**<br><br>v.<br><br>**GUCCI AMERICA, INC.;** *et al.*, | **2:10-cv-00571** |
| **GEOTAG, INC.,**<br><br>v.<br><br>**RENT-A-CENTER, INC.;** *et al.*, | **2:10-cv-00573** |
| **GEOTAG, INC.,**<br><br>v.<br><br>**THE WESTERN UNION COMPANY;** e*t al.*, | **2:10-cv-00574** |
| **GEOTAG, INC.,**<br><br>v.<br><br>**ROYAL PURPLE, INC.;** e*t al.*, | **2:10-cv-00575** |

| | |
|---|---|
| **GEOTAG, INC.,**<br><br>v.<br><br>**YAKIRA, L.L.C.; et al.,** | **2:10-cv-00587** |
| **GEOTAG, INC.,**<br><br>v.<br><br>**WHERE 2 GET IT, INC.;** e*t al.*, | **2:11-cv-00175** |
| **GEOTAG, INC.,**<br><br>v.<br><br>**CANON INC. AND CANON U.S.A., INC.,** | **2:12-cv-00043** |
| **GEOTAG, INC.,**<br><br>v.<br><br>**HANESBRANDS INC.** | **2:12-cv-00471** |
| **GEOTAG, INC.,**<br><br>v.<br><br>**J. CREW GROUP INC.** | **2:12-cv-00474** |
| **GEOTAG, INC.,**<br><br>v.<br><br>**SALLY BEAUTY SUPPLY LLC** | **2:12-cv-00544** |

## ORDER

The Stipulated Motion for Dismissal with Prejudice of all claims and counterclaims asserted between Plaintiff GeoTag Inc. and Defendant iCIMS, Inc. is GRANTED,

It is therefore ORDERED, ADJUDGED AND DECREED that all claims and counterclaims asserted in this suit between Plaintiff GeoTag Inc. and Defendant iCIMS, Inc. are hereby DISMISSED WITH PREJUDICE.

It is further ORDERED that Geotag Inc. and iCIMS, Inc. are to bear their own costs, expenses and attorneys' fees.

It is further ORDERED, ADJUDGED AND DECREED that all claims against the following parties solely directed to each party's use, manufacture, purchase or sale of any iCIMS product or service, namely iCIMS job locator product and services, are hereby DISMISSED WITH PREJUDICE with each party to bear its own costs, expenses and attorneys' fees for the dismissed claims:

| Case | iCIMS Customer |
|---|---|
| 2:10-cv-00265 TXED<br>GeoTag v. Frontier Communications | Yellow Book USA, Inc. |
| 2:10-cv-00570 TXED<br>GeoTag v. Aromatique Inc. | Gander Mountain Company |
| 2:10-cv-00571 TXED<br>GeoTag v. Gucci America Inc. | Leslie's Poolmart, Inc. d/b/a Leslie's Poolmart d/b/a Leslie's Swimming Pool Supplies d/b/a Leslie's<br><br>Barnes & Noble.com<br><br>Tiffany & Company |
| 2:10-cv-00574 TXED<br>GeoTag v. Western Union | Whole Foods Market IP, LP; Whole Foods Market Services, Inc.; Whole Foods Market, Inc. |

3

| Case | iCIMS Customer |
|---|---|
| Company | (terminated 3/07/11); Whole Foods, Inc. (terminated 3/07/11) |
| 2:10-cv-00575 TXED  GeoTag v. Royal Purple, Inc. | Rite Aid Corporation  Terex Corp. |
| 2:10-cv-00573 TXED  GeoTag v. Rent-A-Center Inc. | Enterprise Holding, Inc.; Enterprise Rent-A-Car Company  The Hertz Corp. d/b/a Hertz Corp. d/b/a Hertz Car Rental |
| 2:10-cv-00587 TXED  GeoTag v. Yakira, LLC | GNC Nutrition Centers (terminated 7/26/11) d/b/a GNC  New York & Company, Inc. |
| 2:11-cv-00175 TXED  GeoTag v. Where 2 Get It Inc. | Carhartt, Inc.  Moen, Inc. (terminated 8/08/11) |
| 2:12-cv-00043 TXED  GeoTag v. Canon Inc. | Canon Inc., Canon USA, Inc. |
| 2:12-cv-00544 TXED  GeoTag v. Sally Beauty Supply, LLC | Sally Beauty Supply, LLC |
| 2:12-cv-00471 TXED  Geotag v. Hanesbrands, Inc. | Hanesbrands, Inc. |
| 2:12-cv-474 TXED  Geotag v. J. Crew Group, Inc. | J. Crew Group, Inc. |

This dismissal is of only the specific claims identified above against the above identified iCIMS Customers. All of GeoTag's other accusations of infringement against the above identified iCIMS Customers that do not include an accusation directed to an iCIMS product or service are not dismissed by this Order. Furthermore, as accusations of infringement against each iCIMS

Customer will remain after the above request dismissal, no case against an iCIMS Customer is dismissed as a result of this order.

IT IS SO ORDERED.